1  Gina Fazio, Esq. #225178
   Law Offices of Jeffrey Milam
2  P.O. Box 26360
   Fresno, California 93729
3  (559) 264-2800

4  Attorney for Plaintiff

5

6

7              IN THE UNITED STATES DISTRICT COURT FOR

8               THE EASTERN DISTRICT OF CALIFORNIA

9                          AT FRESNO

10  ELIZABETH HAYDEN          )
                              )        1:05-CV-364 REC LJO
11                            )
          Plaintiff,          )        STIPULATION AND ORDER TO DISMISS
12                            )
    vs.                       )
13                            )
    JO ANNE B. BARNHART,      )
14  Commissioner of Social    )
    Security,                 )
15                            )
          Defendant.          )
16  _____ )

17

18       IT IS HEREBY STIPULATED by and between the parties as follows: that the Civil

19  Action filed on March 17, 2005, on behalf of Plaintiff be dismissed.  After thorough review

20  of the transcript, Plaintiff's counsel comes to the conclusion this claim lacks merit to

21  continue.  Plaintiff's counsel has conferred with Plaintiff and both are in agreement to

22  dismissal.

23  / /

24  / /

25  / /

26  / /

27  / /

28  / /

1          Dated: November 28, 2005          /s/ Gina Fazio

2                                            GINA FAZIO, ESQ.
                                             Attorney for Plaintiff
3
           Dated: November 30, 2005
4                                            MCGREGOR SCOTT
                                             United States Attorney
5
                                             By: /s/ Kristi C. Kapetan
6                                            (as authorized via facsimile)
                                             KRISTI C. KAPETAN
7                                            Assistant U.S. Attorney

8          IT IS SO ORDERED.

9    Dated: ___December 1, 2005____          __/s/ ROBERT E. COYLE_____
                                             ROBERT E. COYLE
10                                           United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2